### Frieda Krakow, Appellant, v. Harry Krakow, Appellee.

Gen. No. 45,813.

Shulman, Shulman & Abrams, and Milton K. Joseph, for appellant; Milton K. Joseph, and Bennett H. Shulman, of counsel; no appearance for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full. Opinion filed January 27, 1953; released for publication February 26, 1953.

### Mary Keretian, Plaintiff-Appellee, v. Armenag Asadourian and Guilnaz Asadourian, Defendants-Appellants.

Term No. 52–O–10.

Oehmke & Dunham, and Howard F. Boman, for appellants; McRoberts & Hoban, for appellee; Royce B. Sheppard, Jr.,

of counsel. Opinion by PRESIDING JUSTICE BARDENS. **Not to be published in full.** Opinion filed January 30, 1953; released for publication March 4, 1953.

In the Matter of Petition of Common School District Number 191 to Annex to Community Unit School District Number 187, Joe Quevreaux et al., Petitioners-Appellees, v. James Upchurch et al., Objectors-Appellants, and Community Unit School District Number 187, St. Clair County, Intervenor-Appellant.

Term No. 52–O–13.

Weihl & Weihl, Oehmke & Dunham, and Howard F. Boman, for appellants; Eugene H. Widman, for appellees. Opinion by PRESIDING JUSTICE BARDENS. **Not to be published in full.** Opinion filed January 30, 1953; rehearing denied February 26, 1953; released for publication March 4, 1953.